# United States Court of Appeals
## For the First Circuit

---

No. 26-9001

LOLONYON Y. AKOUETE,

Appellant,

v.

NATHANSON & GOLDBERG, P.C.; THE MOBILESTREET TRUST; JONATHAN GOLDSMITH, Chapter 7 Trustee; TOWN OF WESTBOROUGH,

Appellees.

---

**MANDATE**

Entered: September 15, 2026

In accordance with the judgment of August 24, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lolonyon Y. Akouete
Christine E. Devine
Jonathan R. Goldsmith
Richard King
Angelina M. Savoia
Westborough SPE LLC